# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARIO ANTON LEE,  :

    Petitioner  :  CIVIL ACTION NO. 3:19-235

v.  :  (JUDGE MANNION)

UNITED STATES OF AMERICA,  :

    Respondent  :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petitioner's objections to Judge Mehalchick's report and recommendation, **(Doc. 7)**, are **OVERRULED**.

**(2)** Judge Mehalchick's report and recommendation, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**.

**(3)** The instant petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED** without prejudice to the petitioner's right to file a §2255 motion in the sentencing court, subject to the pre-authorization requirements of §§2244 and 2255(h), insofar as they may apply.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 12, 2019**

19-235-01-ORDER.wpd